# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7019**  **September Term 2007**

07cv01686

Filed On: May 15, 2008 [1116556]

Kenneth T. Davis,

    Appellant

v.

Senator, Honorable of New Jersey,
Individually and In his official capacity and
his successor, et al.,

    Appellees

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:   /s/
                 Lynda M. Flippin
                 Deputy Clerk